

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

August 3, 2021

**BY EMAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States* v. *Vernon E. Copeland, III*, 20 Mag. 12525

Dear Judge Krause:

    The Government respectfully requests that the complaint in the above-referenced case be unsealed.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

by: _____
    Lindsey Keenan
    Assistant United States Attorney
    (212) 637-1565

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge

Dated: August 3, 2021